**UNITED STATES DISTRICT COURT**

EASTERN DISTRICT OF NEW YORK

BROOKLYN, NEW YORK 11201

CHAMBERS OF
JOHN GLEESON
U. S. DISTRICT JUDGE

# GLEESON, J.
# MISC12 - 399

June 15, 2012

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 15 2012 ★

BROOKLYN OFFICE

Robert Binyard
95 Saratoga Avenue
Brooklyn, NY 11233

Dear Mr. Binyard:

      An application for leave to file a new case should be accompanied by the proposed complaint or other pleading that you would like to file. If you want to file the complaint that was received by the Court's Pro Se Office on May 9, 2012, and returned to you, then you should submit a copy of that complaint with your application for leave to file. Please direct any further submissions to the Pro Se Office.

      Sincerely,

      John Gleeson, U.S.D.J.

Received 6/18/12
Mc-12-399
(JG)

United States District Court
Eastern District of New York
225 Cadmen Plaza East
Bklyn New York 11201

RECEIVED JUN 15 2012 CHAMBERS OF JUDGE GLEESON

Your Honorable District Judge John Gleeson

Can I please have a motion to file with leave to the Court. I apologize for making numerous complaints. I didn't really understand that all lawsuits doesn't have to come through Federal Courts.

Mr. Robert Binyard
95 Saratoga Ave
Bklyn N.Y. 11233

**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF NEW YORK
PRO SE OFFICE
U.S. COURTHOUSE
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK 11201

May 15, 2012

Robert Binyard
95 Saratoga Ave.,
Brooklyn, NY 11233

Dear Mr. Binyard,

      The Pro Se Office of the United States District Court for the Eastern District of New York is returning your complaint received on May 9, 2012 for failure to include with them a motion for leave to file with our Court.

      On April 17, 2007, the Court issued an order in the case *Binyard v. New York City Parks Department et al*, 06-cv-06814-JG-LB enjoining you from filing future petitions without leave of the Court. (See enclosed Order and docket sheet for the case)

      We hope the information provided to you is helpful.

                                                  Sincerely,

                                                  Pro Se Office
                                                  (718)-613-2665

